KENNETH M. MILLER (SBN 151874)
Ken@KMMillerLaw.com
26944 Camino de Estrella, Suite B
Capistrano Beach, California 92624
Phone: 949-388-3440

RICHARD G. NOVAK (SBN 149303)
Richard@RGNLaw.com
P. O. Box 5549
Berkeley, CA 94705
Phone: 626-578-1175; Fax: 626-685-2562

**Attorneys for Defendant
CARLOS GONZALEZ**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL LERMA, ET AL., Defendants. | **BEFORE THE HONORABLE GEORGE WU** <br><br> **Case No.: CR 18-00172-GW** <br><br> **DEFENDANTS' EXHIBIT LIST FOR RULE 33 EVIDENTIARY HEARING** <br><br> **DATE OF HEARING: 1/5/2026** <br><br> **TIME OF HEARING: 8:00 A.M.** |
|---|---|

Defendants, by and through their counsel of record, hereby submit their exhibit list for the January 5, 2026 evidentiary hearing on their Rule 33 motion in this matter.

## DEFENDANTS' EXHIBIT LIST

**EXHIBITS:**

A.  Declaration of Johnny Macias dated September 19, 2025
B.  Declaration of Daniel Navarro dated September 21, 2025
C.  Inmate History Quarters - Johnny Macias (LS 28525-26)
D.  Inmate History Quarters - Daniel Navarro (LS 28531-33)
E.  Inmate History Quarters - Jose Martinez (LS 28527-30)
F.  ECF 1860 Order of Detention - Jose Martinez

Dated: January 4, 2026             Respectfully submitted,

                                    s/ Richard G. Novak
                                   Richard G. Novak
                                   Kenneth M. Miller
                                   **ATTORNEYS FOR DEFENDANT**
                                   **CARLOS GONZALEZ**